UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT-ARTHUR: WILSON,

    Plaintiff,

v.

CLALLAM COUNTY PUD #1, *et al.*,

    Defendants.

Cause No. C23-5203RSL

ORDER OF DISMISSAL

On March 17, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court, after reviewing the complaint and the remainder of the record under the standards articulated in 28 U.S.C. § 1915(e)(2), found the complaint deficient in various respects. Summons was not issued, and the Court ordered plaintiff to file an amended complaint on or before April 20, 2023, that clearly and concisely identifies the acts of which each named defendant is accused and how those acts violated plaintiff's legal rights. Plaintiff was warned that failure to timely file an amended complaint that asserts a plausible claim for relief would result in dismissal of this action. Plaintiff has not filed an amended complaint or sought an extension of the deadline for doing so. The above-captioned matter is therefore DISMISSED.

Dated this 25th day of April, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1